No. 724. ANDREWS ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert E. Burns* for petitioners. *Solicitor General Cox* for the United States.

No. 736. WHITEFISH LUMBER Co. *v.* INDUSTRIAL SUPPLY Co. ET AL. C. A. 9th Cir. Certiorari denied. *Leif Erickson* for petitioner. *Calvin S. Robinson* for respondents.

No. 559. CHOCTAWHATCHEE ELECTRICAL CO-OPERATIVES, INC., *v.* GREEN, COMPTROLLER OF FLORIDA. Supreme Court of Florida. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Alex Akerman, Jr., Thomas A. Ziebarth, Roscoe Pickett* and *W. J. Oven, Jr.* for petitioner. *Richard W. Ervin,* Attorney General of Florida, *Joseph C. Jacobs* and *Sam Spector,* Assistant Attorneys General, for respondent. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph Kovner* and *William Massar* for the United States, in opposition to the petition.

No. 652. SHAPIRO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Conrad T. Hubner* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Carolyn R. Just* for respondent.

No. 509, Misc, ANDERSON *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckinridge,* Attorney General of Kentucky, for respondent.